UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| RUDOLPH M. BROOKS, JR., | ) |
| Petitioner, | ) ) ) |
| v. | ) No.: 3:18-CV-301-TAV-HBG ) |
| GEORGIA CROWELL, | ) ) |
| Respondent. | ) |

## ORDER

In accordance with the accompanying memorandum opinion, Petitioner's pro se petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 [Doc. 2] is **DENIED**, and this action is **DISMISSED.** The Clerk is **DIRECTED** to close the civil file.

Also, for the reasons set forth in the accompanying memorandum opinion, a certificate of appealability will **NOT ISSUE**. Therefore, Petitioner is **DENIED** leave to proceed *in forma pauperis* on any subsequent appeal. 28 U.S.C. § 2253; Rule 22(b) of the Federal Rules of Appellate Procedure.

**ENTER:**

s/ Thomas A. Varlan
UNITED STATES DISTRICT JUDGE

ENTERED AS A JUDGMENT

s/ John L. Medearis
CLERK OF COURT